UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

CIVIL MINUTES -- GENERAL

Case No.   **CV 16-2041-JFW (AGRx)**                                         Date:  May 2, 2016

Title:        Ron Patrick, et al. -v- County of Los Angeles, et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                                                     None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER DISMISSING ACTION WITHOUT PREJUDICE**

On April 19, 2016, the Court issued an Order to Show Cause ("OSC"), ordering Plaintiffs Ron Patrick and Nab - I AM (collectively, "Plaintiffs") to show cause in writing by April 26, 2016 why this action should not be dismissed and/or sanctions issued in the amount of $2,500 for Plaintiffs' improper attempt to proceed on behalf of the IRS and DOJ and for Plaintiffs' failure to participate in good faith in the Local Rule 7-3 conference.  In the OSC, the Court specifically stated that "[f]ailure to respond to the Order to Show Cause will result in the dismissal of this action."  Plaintiffs have failed to respond to the Court's OSC.  Accordingly, the Court hereby **DISMISSES** this action **without prejudice**. See Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

IT IS SO ORDERED.